IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL A. JACKSON, | : | |
| | : | Case No. 2:17-CV-606 |
| Plaintiff, | : | |
| | : | JUDGE ALGENON L. MARBLEY |
| v. | : | |
| | : | Magistrate Judge Deavers |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| | : | |
| Defendant. | : | |

## ORDER

This matter comes before the Court on the Magistrate Judge's January 10, 2018, **Report and Recommendation** (ECF No. 15), which recommended that the parties' Joint Motion to Remand (ECF No. 14) be granted. The Court hereby **ADOPTS** the Report and Recommendation based on the independent consideration of the analysis therein, hereby **REVERSES** the decision of the Commissioner of Social Security, and **REMANDS** to the Commissioner pursuant to 42 U.S.C. §405(g) for further administrative proceedings.

**IT IS SO ORDERED.**

                                                             s/ Algenon L. Marbley
                                                            **ALGENON L. MARBLEY**
                                                            **UNITED STATES DISTRICT JUDGE**

**DATED: January 25, 2018**